# United States District Court

DISTRICT OF __Massachusetts__

Saint-Gobain Abrasives, Inc., Plaintiff

V.

Kohler Co., Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-40199**

TO: (Name and address of defendant)
Kohler Co.
444 Highland Drive
Kohler, WI 53044

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert L. Hamer, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**
CLERK

DATE

(BY) DEPUTY CLERK

State of Wisconsin   County of
- ___ Brown
- ___ Calumet
- ___ Fond du Lac
- ___ Manitowoc
- ___ Ozaukee
- _X_ Sheboygan
- ___ Washington
- ___ Other

## Affidavit of Process Server

Court/Appearance Date _____
SAINT-GOBAIN ABRASIVES INC.     vs.     KOHLER CC.

Case Number  04-40199

FILED
CLERK'S OFFICE
2004 OCT 27 A 11:56
U.S. DISTRICT COURT
DISTRICT OF ____

I, the undersigned, am an adult resident of the state and not a party to the action. I hereby certify that on 10-21, 20 04 at 1105 a.m./p.m. I duly served or attempted to serve. (See non-service section).

Name  KOHLER CC.

_X_ Defendant   ___ Petitioner   ___ Garnishee Defendant   ___ Respondent   ___ Plaintiff   ___ Witness
___ Other attempt dates _____

By Serving  MICHAEL GRAY                Title  SR KOHLER ATTORNEY      at
Home _____
Business  444 HIGHLAND DRIVE KOHLER WIS

**Manner of Service:**

_X_ Personal Service
_X_ Corporate Service: By leaving during office hours, copies at the office of the person/entity being served; leaving same with the person apparently in charge thereof.
___ After diligent search and injury, having made _____ attempts by leaving true and correct copies of the above documents with a competent member of the family over the age of 14, and informed that person of the contents thereof. (See other attempt dates).
___ By posting copies in a conspicuous manner to the address of the person/entity being served. (Use only for evictions).
___ Copies of the documents were mailed by prepaid, first class mail on:

Date _____   From _____

Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

- ___ Unknown at address
- ___ Address does not exist
- ___ Refuses to cooperate in acceptance
- ___ Unable to serve in a timely fashion
- ___ Moved, no forwarding address
- ___ Service canceled by litigant
- ___ Search was conducted, whereabouts unknown
- ___ Evading
- ___ Not Home - 3 Attempts

**Type of Documents:**

- ___ Summons & Complaint
- _X_ Authenticated Summons & Complaint   FEDERAL
- ___ Eviction: Summons & Complaint
- ___ Notice of Motion & Motion
- ___ Other _____
- ___ Order to Show Cause & Affidavit
- ___ Garnishee Summons & Complaint Earnings-Non Earnings
- ___ Subpoena-Subpoena Duces Tecum
- ___ Summons and Petition
- ___ Notice of Terminating Tenancy/Pay or Quit
- ___ Written Interrogatories & Request for Production of

### DOCUMENTS

At the time of service, I did place upon it the date, time, manner and my name, leaving a true and correct copy thereof, and that the server knew the person so served to be the defendant (or other) mentioned and named therein.

Number of attempts _____   Mailing Fee _____   Search Fee _____
Service Fee _____   Number of addresses attempted (if more than one) _____   Mileage _____
Total Fee _____   Witness Fee _____
Server Name _____   Signature _____

Subscribed and sworn to before me this 22rd day of October, 20 04.
_____ Notary Public, State of Wisconsin
My Commission expires  5-18-08