# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SAINT-GOBAIN ABRASIVES, INC.,**<br>     **Plaintiff,**<br><br>v.<br><br>**KOHLER CO.,**<br>     **Defendant.**<br><br>**KOHLER CO.,**<br>     **Counterclaim Plaintiff,**<br><br>v.<br><br>**SAINT-GOBAIN ABRASIVES, INC.,**<br>     **Counterclaim Defendant.** | **CIVIL ACTION No. 04-40199-FDS** |

## NOTICE OF APPEARANCE

George C. Rockas and Joseph M. Alden of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby give notice of appearance for Defendant and Counterclaim Plaintiff, Kohler Co.

By its attorneys,

KOHLER CO.

George C. Rockas, BBO# 544009
Joseph M. Alden, BBO# 654124
Wilson, Elser, Moskowitz,
Edelman & Dicker LLP
155 Federal Street, 5th Floor
Boston, MA 02110
(617) 422-5300

34230.1

<u>CERTIFICATE OF SERVICE</u>

I, Joseph M. Alden, hereby certify that I have this 7th day of February, 2005 electronically filed the foregoing *Notice of Appearance of George C. Rockas and Joseph M. Alden*, and I have served a courtesy copy of the same on February 7, 2005 on all parties/counsel of record, by mailing via first class mail, postage prepaid, to the following:

Robert L. Hamer, Esquire
Michele P. Rosano, Esquire
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477


_/s/ Joseph Alden_
Joseph M. Alden

34230.1