UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAINT-GOBAIN ABRASIVES, INC.,<br>  Plaintiff<br><br>V.<br><br>KOHLER CO.,<br>  Defendant | CIVIL ACTION NO. 04-40199<br><br>JOINT STATEMENT PURSUANT TO<br>LOCAL RULE 16.1 |

Pursuant to Local Rule 16.1 and the Court's Notice of Scheduling Conference, the parties respectfully submit the following joint statement.

## I. PROPOSED PRETRIAL SCHEDULE

| | | |
|---|---|---|
| 1. | Initial disclosures required by Fed. R. Civ. P. 26(a)(1) | Served by Plaintiff on January 7, 2005; served by Defendant on February 7, 2005 |
| 2. | Amendments to Pleadings | April 6, 2005 |
| 3. | Fact Discovery – Interim Deadlines | |
| | a. Requests for production of documents and interrogatories must be served by: | May 6, 2005 |
| | b. Requests for admissions must be served by: | November 6, 2005 |
| | c. All depositions, other than expert depositions, must be completed by: | October 18, 2005 |
| 4. | Fact Discovery – Final Deadline | |
| | All discovery, other than expert discovery must be completed by: | October 18, 2005 |
| 5. | Status Conference | To be set by Court |

6. Expert Discovery

| | |
|---|---|
| a. Plaintiff's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by: | November 6, 2005 |
| b. Plaintiff's trial experts must be deposed by | December 6, 2005 |
| c. Defendant's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by: | January 6, 2006 |
| d. Defendant's trial experts must be deposed by: | February 6, 2006 |

7. Dispositive Motions

| | |
|---|---|
| 1. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by: | March 6, 2006 |
| 2. Oppositions to dispositive motions must be filed within 30 days after service of the motion. | |

8. Pretrial Conference — To be set by Court

## II.  TRIAL BY MAGISTRATE JUDGE

The parties do not consent to trial by magistrate judge.

## III.  SETTLEMENT DISCUSSIONS

The parties have engaged in preliminary settlement discussions.

IV.  **LOCAL RULE 16.1 CERTIFICATIONS**

The parties will file their certifications separately.

| **SAINT-GOBAIN ABRASIVES, INC.** | **KOHLER, CO.** |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Robert L. Hamer | /s/ George C. Rockas          (mpr) |
| Robert L. Hamer, Esq.   BBO #218715 | George C. Rockas, Esq.  BBO#544009 |
| Michele P. Rosano, Esq.   BBO #554043 | Joseph M. Alden, Esq.  BBO#654124 |
| Mirick, O'Connell, DeMallie & Lougee, LLP | WILSON, ELSER, MOSKOWITZ, |
| 1700 BankBoston Tower | EDELMAN & DICKER, LLP |
| 100 Front Street | 155 Federal Street |
| Worcester, MA 01608-1477 | Boston, MA 02110 |
| Phone:  (508) 791-8500 | Phone:  (617) 422-5300 |
| Fax:  (508) 791-8502 | Fax:  (617) 423-6917 |

Dated:  March 1, 2005