UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAINT-GOBAIN ABRASIVES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>KOHLER CO.,<br><br>    Defendant. | CIVIL ACTION No. 04-40199-FDS |
| KOHLER CO.,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>SAINT-GOBAIN ABRASIVES, INC.,<br><br>    Counterclaim Defendant. | |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AND
COUNTERCLAIM PLAINTIFF KOHLER CO., PURSUANT TO L.R. 7.3(A)**

Defendant and Counterclaim Plaintiff Kohler Co. ("Kohler"), by and through its counsel, states that Kohler is a privately held company, with no parent company and no publicly held company that owns 10% or more of its stock.

                Respectfully submitted,
                KOHLER CO.,
                By its Attorneys,


                */s/ Joseph M. Alden*
                George C. Rockas, BBO # 544009
                Joseph M. Alden, BBO#654124
                WILSON, ELSER, MOSKOWITZ,
                    EDELMAN & DICKER, LLP
                155 Federal Street
                Boston, MA 02110
                (617) 422-5300

Dated: March 2, 2005

34957.2

- 2 -

## CERTIFICATE OF SERVICE

I, Joseph M. Alden, hereby certify that I have on this 2nd day of March 2005 electronically filed the foregoing Corporate Disclosure Statement of Defendant and Counterclaim Plaintiff Kohler Co., and I have served a courtesy copy of the same on March 2, 2005, by first class mail, postage prepaid, upon all parties and/or counsel of record as follows:

>Robert L. Hamer, Esquire
>Michele P. Rosano, Esquire
>Mirick, O'Connell, DeMallie & Lougee, LLP
>100 Front Street
>Worcester, MA 01608-1477

>*/s/ Joseph M. Alden*
>Joseph M. Alden

34957.2