UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAINT-GOBAIN ABRASIVES, INC.,<br>    Plaintiff,<br>v.<br>KOHLER CO.,<br>    Defendant. | CIVIL ACTION No. 04-40199-FDS |
| KOHLER CO.,<br>    Counterclaim Plaintiff,<br>v.<br>SAINT-GOBAIN ABRASIVES, INC.,<br>    Counterclaim Defendant. | |

**CERTIFICATION BY DEFENDANT AND COUNTERCLAIM PLAINTIFF KOHLER CO., PURSUANT TO L.R. 16.1(D)(3)**

Defendant and Counterclaim Plaintiff Kohler Co. ("Kohler"), and its counsel, hereby certify to this Court that Kohler and its counsel have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b)    to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,<br>
KOHLER CO.,<br>
By its Attorneys,<br>
<br>
<i>/s/ Joseph M. Alden</i><br>
George C. Rockas, BBO # 544009<br>
Joseph M. Alden, BBO #654124<br>
WILSON, ELSER, MOSKOWITZ,<br>
    EDELMAN & DICKER, LLP<br>
155 Federal Street<br>
Boston, MA 02110<br>
(617) 422-5300

34961.2

                KOHLER CO.,
                By its duly authorized representative:

                */s/ Richard Cinealis* (jma)
                    Richard Cinealis

Dated: March 2, 2005

34961.2

## CERTIFICATE OF SERVICE

I, Joseph M. Alden, hereby certify that I have on this 2nd day of March 2005 electronically filed the foregoing Local Rule 16.1(D)(3) Certification on Behalf of Defendant and Counterclaim Plaintiff Kohler Co., and I have served a courtesy copy of the same on March 2, 2005, by first class mail, postage prepaid, upon all parties and/or counsel of record as follows:

> Robert L. Hamer, Esquire
> Michele P. Rosano, Esquire
> Mirick, O'Connell, DeMallie & Lougee, LLP
> 100 Front Street
> Worcester, MA 01608-1477

*/s/ Joseph M. Alden*
Joseph M. Alden

34961.2