UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAINT-GOBAIN ABRASIVES, INC.,<br>Plaintiff<br><br>V.<br><br>KOHLER CO.,<br>Defendant.<br><br>KOHLER CO.,<br>Counterclaim Plaintiff,<br><br>V.<br><br>SAINT-GOBAIN ABRASIVES, INC.,<br>Counterclaim Defendant. | CIVIL ACTION NO. 04-40199-FDS |

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF AND
COUNTERCLAIM DEFENDANT SAINT-GOBAIN ABRASIVES, INC.,
PURSUANT TO L.R. 7.3(A)**

Plaintiff and Counterclaim Defendant Saint-Gobain Abrasives, Inc. ("Saint Gobain"), by and through its counsel, states that it is a wholly owned subsidiary of Saint-Gobain Delaware Corporation.

{H:\PA\Lit\15877\37010\A0774531.DOC}

Respectfully submitted,

**SAINT-GOBAIN ABRASIVES, INC.**

By its attorneys,

*/s/ Robert L. Hamer*
Robert L. Hamer, Esq.
BBO #218715
Michele P. Rosano, Esq.
BBO #554043
Mirick, O'Connell, DeMallie & Lougee, LLP
1700 BankBoston Tower
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: March 3, 2005

## CERTIFICATE OF SERVICE

I, Robert L. Hamer, hereby certify that I have this day electronically filed the foregoing Corporate Disclosure Statement of Plaintiff and Counterclaim Defendant Saint-Gobain Abrasives, Inc., Pursuant to L.R. 7.3(A) and I have served a courtesy copy of the same on March 3, 2005, by hand delivery, to Joseph M. Alden, Esq., Wilson, Elser, ME&D, LLP, 155 Federal Street, Boston, MA 02110.

*/s/ Robert L. Hamer*
Robert L. Hamer, Esq.

Dated: March 3, 2005