UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAINT-GOBAIN ABRASIVES, INC.,<br>Plaintiff<br><br>V.<br><br>KOHLER CO.,<br>Defendant. | |
| KOHLER CO.,<br>Counterclaim Plaintiff,<br><br>V.<br><br>SAINT-GOBAIN ABRASIVES, INC.,<br>Counterclaim Defendant. | CIVIL ACTION NO. 04-40199-FDS |

## CERTIFICATION BY PLAINTIFF AND COUNTERCLAIM DEFENDANT SAINT-GOBAIN ABRASIVES, INC., PURSUANT TO L.R. 16.1(D)(3)

Plaintiff and Counterclaim Defendant Saint-Gobain Abrasives, Inc. ("Saint-Gobain"), and its counsel, hereby certify to this Court that Saint-Gobain and its counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

{H:\PA\Lit\15877\37010\A0774516.DOC}

Respectfully submitted,

**SAINT-GOBAIN ABRASIVES, INC.**

By its attorneys,

_____
Robert L. Hamer, Esq.
BBO #218715
Michele P. Rosano, Esq.
BBO #554043
Mirick, O'Connell, DeMallie & Lougee, LLP
1700 BankBoston Tower
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: March 3, 2005

## CERTIFICATE OF SERVICE

I, Robert L. Hamer, hereby certify that I have this day electronically filed the foregoing Local Rule 16.1(D)(3) Certification on behalf of Plaintiff and Counterclaim Defendant Saint-Gobain Abrasives, Inc., and I have served a courtesy copy of the same on March 3, 2005, by hand delivery, to Joseph M. Alden, Esq., Wilson, Elser, ME&D, LLP, 155 Federal Street, Boston, MA 02110.

_____
Robert L. Hamer, Esq.

Dated: March 3, 2005