UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAINT-GOBAIN ABRASIVES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>KOHLER CO.,<br><br>    Defendant. | CIVIL ACTION No. 04-40199-FDS |
| KOHLER CO.,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>SAINT-GOBAIN ABRASIVES, INC.,<br><br>    Counterclaim Defendant. | |

## NOTICE OF APPEARANCE

Julia E. Bell of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby gives notice of her appearance for the Defendant and Counterclaim Plaintiff, Kohler Co.

_____
Julia E. Bell, BBO # 661185
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

49202.1

## CERTIFICATE OF SERVICE

I, Julia E. Bell, hereby certify that I have on this 8th day of December 2005 filed the foregoing Notice of Appearance, and I have served a courtesy copy of the same on December 8, 2005, by hand upon all parties and/or counsel of record as follows:

    Robert L. Hamer, Esquire
    Michele P. Rosano, Esquire
    Mirick, O'Connell, DeMallie & Lougee, LLP
    100 Front Street
    Worcester, MA 01608-1477

                                        */s/ Julia Bell*
                                        Julia Bell

49202.1