# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SAINT-GOBAIN ABRASIVES, INC.,**<br>     Plaintiff,<br>v.<br>**KOHLER CO.,**<br>     Defendant. | CIVIL ACTION No. 04-40199-FDS |
| **KOHLER CO.,**<br>     Counterclaim Plaintiff,<br>v.<br>**SAINT-GOBAIN ABRASIVES, INC.,**<br>     Counterclaim Defendant. | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The plaintiff and counterclaim defendant, Saint-Gobain Abrasives, Inc., and the defendant and counterclaim plaintiff, Kohler Co., hereby stipulate and agree that this matter be dismissed without prejudice and without costs, each party to bear his or their own attorneys' fees and each side waiving their right of appeal.

| | |
|---|---|
| The Plaintiff and Counterclaim Defendant<br>**Saint-Gobain Abrasives, Inc.**, | The Defendant and Counterclaim Plaintiff,<br>**Kohler Company**, |
| By its attorneys, | By its attorneys, |
|    /s/ Michele P. Rosano<br>Robert L. Hamer, BBO# 218715<br>Michele P. Rosano, BBO# 554043<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>(508) 791-8500<br><br>Dated: January 23, 2006 |    /s/ George C. Rockas<br>George C. Rockas, BBO# 544009<br>Julia E. Bell, BBO# 661185<br>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP<br>155 Federal Street, 5th Floor<br>Boston, MA 02110<br>(617) 422-5300<br>Dated: January 23, 2006 |

{H:\PA\Lit\15877\37010\A0876327.DOC}